tiff appeals. Reversed, and new trial granted. Nicholas Selvaggi, for appellant. Leon Laski, for respondent.

BIJUR, J. This action was brought to recover a sum of money alleged to have been advanced by the plaintiff to the defendant at Monte Carlo. Plaintiff's story of the loan was amply corroborated by a disinterested witness. A letter and telegram of the defendant were also introduced, which strongly corroborate plaintiff's version of the transaction. Defendant's explanation of these two papers is unsatisfactory and unconvincing, and his version of the transaction between the plaintiff and himself is highly improbable and at variance with the language of his two communications. Under these circumstances, it is plain on a careful examination of the record that the plaintiff amply sustained the burden of evidence resting upon him, and that the judgment below is against the weight of evidence. Judgment reversed, and new trial granted, with costs to appellant to abide the event. All concur.

---

MEADE, Appellant, v. GOLDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Clifford E. Meade against Benjamin Goldman. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 129 N. Y. Supp. 899.

---

MEADOWS et al. v. MICHEL. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by James Meadows and others against John S. Michel. No opinion. Motion for reargument denied. Motion to appeal to Court of Appeals granted. Question to be settled on settlement of order. Settle order on notice. For former opinion, see 130 N. Y. Supp. 57.

---

MECHANICS' & TRADERS' INS. CO., Respondent, v. GOEBELER, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Mechanics' & Traders' Insurance Company against Anna F. Goebeler. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MESSINGER, Respondent, v. RHINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Charles Messinger against Edward Rhine. No opinion. Motion to dismiss appeal denied, on condition that the appellant pay respondent $10 costs, and serve proposed case on appeal within 10 days; otherwise, motion granted, with $10 costs.

---

MICHALSKI, Respondent, v. EMPIRE ENGINEERING CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by John Michalski against the Empire Engineering Corporation. No opinion. Judgment and order affirmed, with costs.

130 N.Y.S.—71

MILLER v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Godfrey Miller against the City of Buffalo.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs, upon the authority of decision in same case on former appeal, reported at 136 App. Div. 914, 120 N. Y. Supp. 1135. See, also, 138 App. Div. 918, 123 N. Y. Supp. 1129.

SPRING and KRUSE, JJ., dissent.

---

MILLER et al. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by David C. Miller and another against the City of New York and others. No opinion. Motion granted. Question to be determined on settlement of order. Settle order on notice.

---

MILLER et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by David C. Miller and another against the City of New York and others. F. K. Johnston, for appellants. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, as matter of law, and not in the exercise of discretion. Order filed.

---

MILLER v. MILLER et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Mary E. Miller against Gordon D. Miller and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 965.

---

In re MINGLE. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of Harry B. Mingle. No opinion. Motion denied, with $10 costs. Order filed.

---

MINTURN, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Robert S. Minturn against Samuel Green. A. Rosenthal, for appellant. G. L. Shearer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MISCHNER v. ALTMAN. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Louis Mischner against Isaac Altman. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 31.

---

MITCHELL, Appellant, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Ellen P. Mitchell, as survivor of Benjamin B. Mitchell and others, against Erwin J. Baldwin and another.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., not voting.